ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
AUG 14 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
OK's Cascade Company

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] John Lukjanowicz and James F. Nagle

Firm Name: Oles Morrison Rinker & Baker LLP

Post Office Box:

03-1917C

Street Address: 701 Pike Street, Suite 1700

City-State-Zip: Seattle, WA 98101

Telephone & Facsimile Numbers: (206) 623-3427 Phone; (206) 682-6234 Fax

E-mail address: Lukjanowicz@oles.com; nagle@oles.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ Not Less Than $7,762.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003