IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK's CASCADE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1917C |
| | ) | (Judge Block) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including November 28, 2003, to file a response to the complaint filed by plaintiff, OK's Cascade Company. Our response is currently due on October 14, 2003. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

The requested enlargement of time is necessary because counsel for the United States has not yet received a litigation report from the agency. Agency counsel needs additional time to assemble and evaluate relevant records obtained from the contracting officer. Once all available records are located, we will need time to coordinate our response with the agency.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we

may respond to the plaintiff's complaint by 45 days, to and including November 28, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Margaret E. McGhee
MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

October 14, 2003

Attorneys for Defendant

Certificate of Filing

I hereby certify that on October 14, 2003, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on October 14, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME addressed as follows:

John Lukjanowicz
Oles, Morrison & Rinker
701 Pike Avenue
Suite 1700
Seattle, WA 98104-7082

s/ Margaret McGhee