IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK's CASCADE COMPANY, | ) | |
| Plaintiff, | ) | No. 03-1917C |
| | ) | (Judge Block) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including February 6, 2004, to file a response to the complaint filed by plaintiff, OK's Cascade Company ("OK's Cascade"). Our response is currently due on January 7, 2003. This is our third request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

The requested enlargement of time is necessary because the parties are discussing how to proceed with respect to a related claim that OK's Cascade has submitted to the contracting officer. We understand that OK's Cascade expects to file an amended complaint or otherwise seek to consolidate issues involving this related claim with the current cause of action. Agency counsel will require additional time to assemble and evaluate records relating to this new claim. Once all available records are located, we will need time to coordinate our response with the agency and draft our response.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 30 days, to and including February 6, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Margaret E. McGhee
MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

January 7, 2004

Attorneys for Defendant

Notice of Filing

I hereby certify that on January 7, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Margaret McGhee