IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK's CASCADE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1917C<br>(Judge Block) |

JOINT MOTION TO STAY PROCEEDINGS

The parties respectfully request that further proceedings in this action be stayed pending a contracting officer's final decision regarding a claim submitted by plaintiff, OK's Cascade Company ("OK's Cascade"), on June 24, 2003.

Although the June 24 claim arises out of different operative facts, it involves the same contract that is at issue in the above-captioned case. The June 24 claim seeks compensation in the amount of $7,906,085. Because of its complexity, the contracting officer has requested a full audit of the claim.

Once it receives a contracting officer's final decision, OK's Cascade expects to amend its complaint in this case or otherwise seek to consolidate its claims into a single cause of action.

Because the granting of this motion could conserve the judicial resources of the Court, as well as the resources of the parties, we respectfully request that the Court grant our joint motion to stay.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Margaret E. McGhee
MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8640

Attorneys for Defendant
February 4, 2004.

s/ John Lukjanowicz
JOHN LUKJANOWICZ
Oles Morrison Rinker & Baker LLP
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax: (206) 682-6234

Attorney for Plaintiff
February 4, 2004

NOTICE OF FILING

I hereby certify that on February 6, 2004, a copy of the foregoing "JOINT MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Margaret McGhee