IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OK'S CASCADE COMPANY, a Washington Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1917C<br>(Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ronald G. Morgan as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

RONALD G. MORGAN
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: June 7, 2004

___________/s_______________________

RONALD G. MORGAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6289
Facsimile: (202) 514-7969

CERTIFICATE OF FILING

I hereby certify that on this 7th day of June 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN

John Lukjanowicz, Esq.
Oles Morrison Rinker & Baker, LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930