IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OK'S CASCADE COMPANY, a Washington Corporation

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-1917C
(Judge Block)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ronald G. Morgan as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

RONALD G. MORGAN
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: June 8, 2004

/s RONALD G.MORGAN

RONALD G. MORGAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6289
Facsimile: (202) 514-7969

CERTIFICATE OF FILING

I hereby certify that on this 8th day of June 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically re-filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN

John Lukjanowicz, Esq.
Oles Morrison Rinker & Baker, LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3930