IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| OK's CASCADE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1917C |
| | ) | (Judge Block) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to United States Court of Federal Claims Rule 41(1)(A), the plaintiff, OK's Cascade Company, by and through its attorney, hereby moves that the above-referenced action be dismissed, with prejudice, but without costs or attorneys' fees, upon the filing of this Notice of Dismissal with the Court.

DATED: October 5, 2004.

s/ JOHN LUKJANOWICZ
_______________________________________
JOHN LUKJANOWICZ
Attorney
Oles Morrison Rinker & Baker, LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-3939
Telephone: (206) 623-3427
Facsimile: (206) 682-6234

NOTICE OF FILING

I hereby certify that on October 5, 2004, a copy of the foregoing NOTICE OF DISMISSAL WITH PREJUDICE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John Lukjanowicz